■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RONALD SINIBALDI, Appellant.—

Present —
Goldman, P. J., Marsh, Witmer, Gabrielli and Henry, JJ.